# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2018

*The Court of Appeals hereby passes the following order:*

## A19I0124. ERIC J. RIVIERE v. THE STATE.

Eric J. Riviere, who is facing criminal prosecution, filed a motion to compel enforcement of a plea agreement. Riviere also filed a motion to dismiss the charges against him on constitutional speedy trial grounds. In two orders entered on October 30, 2018, the trial court denied the motions. The trial court granted a certificate of immediate review on November 16, 2018, and Riviere filed this application for interlocutory appeal.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court entered the certificate of immediate review 16 days after the orders Riviere seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/21/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*